UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-914 (JMR/FLN)

Penelope Erion )
)
v. ) ORDER
)
Metropolitan Life Insurance Company)

The Court has been advised by counsel that the above entitled action has been settled. Therefore, IT IS ORDERED that:

This action is dismissed with prejudice. In the event the partics wish to file settlement documents, counsel are directed to do so within 15 days.

Dated: April 15, 2002

JAMES M. ROSENBAUM, Chief
United States District Judge

APR 16 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK