THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Penelope E. Erion,

Plaintiff,

Court File No. 0:01-CV914 JMR/FLN

vs.

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER FOR DISMISSAL**

Metropolitan Life Insurance Company,

Defendant.

The above-entitled action, having been fully compromised and settled,

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their respective counsel, that said action may be and hereby is dismissed with prejudice and on the merits, but without further costs to any of the parties.

IT IS FURTHER STIPULATED AND AGREED that any of the parties, without notice to the others, may cause judgment of dismissal with prejudice and on the merits to be entered herein.

HANSON, DORDELL, BRADT, ODLAUG & BRADT, P.L.L.P.

BY ______________________
John H. Guthmann (123079)
Attorney for Plaintiff
3900 Northwoods Drive, Ste. 250
St. Paul, MN 55112-6973
(651) 482-8900

DATED: 7-29-02

AUG 0 5 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

RIDER, BENNETT, EGAN & ARUNDEL, LLP

BY ______________________
Gregory M. Weyandt (116324)
Attorney for Defendant
333 South Seventh Street, Ste. 2000
Minneapolis, MN 55402
(612) 340-7925

DATED: 7-24-02

ORDER

Pursuant to the foregoing Stipulation, the above-entitled action is hereby dismissed with prejudice and without costs to any party and judgment may be entered accordingly.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

By ______________________
Franklin L. Noel
[redacted] Magistrate Judge

Dated: 8/5, 2002.